ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Record Steel and Construction, Inc. | ) ASBCA No. 63639 |
|   dba RSCI | ) |
| | ) |
| Under Contract No. W912BV-19-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:     Tyler J. Anderson, Esq.
     Hawley Troxell Ennis & Hawley LLP
     Boise, ID

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
     Engineer Chief Trial Attorney
     Lauren M. Williams, Esq.
     Thomas E. Rogers, V, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 24, 2024

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63563, Appeal of Record Steel and Construction, Inc. dba RSCI, rendered in conformance with the Board's Charter.

Dated:  June 24, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals